IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION | ) ) ) NO. 3-12-1030 |
| v. | ) JUDGE CAMPBELL ) |
| WENDY JOHNSON | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 10) to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Remand (Docket No. 9) is GRANTED, and this action is remanded to the General Sessions Court of Davidson County, Tennessee, from which it was removed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　Todd Campbell
　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE